# United States District Court
**EASTERN DISTRICT OF TEXAS**
**TEXARKANA DIVISION**

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § | |
| | § | |
| V. | § | CASE NO. 5:17CR8 |
| | § | |
| DIXON KELLEY, III | § | |

## ORDER ADOPTING
## THE REPORT AND RECOMMENDATION
## OF THE UNITED STATES MAGISTRATE JUDGE

The above-styled matter was referred to the Honorable Caroline M. Craven, United States Magistrate Judge, for administration of a guilty plea under Rule 11 of the Federal Rules of Criminal Procedure. Judge Craven conducted a hearing on August 7, 2017 in the form and manner prescribed by Federal Rule of Criminal Procedure 11 and issued a Report and Recommendation on August 8, 2017 (document #28). Judge Craven recommended that the Court accept Defendant's guilty plea and conditionally approve the plea of guilty. She further recommended that the Court finally adjudge Defendant as guilty of Count 1 of the Indictment which charges a violation of 18 U.S.C. § 2113(a) and (d), armed bank robbery and Count 2 which charges a violation of 18 U. S.C. § 924(c), use, carrying and possession of firearms and ammunition during and in furtherance of a violent crime. The Court is of the opinion that the Report and Recommendation should be accepted. It is accordingly **ORDERED** that the Report and Recommendation of the United States Magistrate Judge (document #28) is **ADOPTED.** It is further

**ORDERED** that the Defendant's guilty plea is accepted and approved by the Court, conditioned upon a review of the presentence report. It is finally

**ORDERED** that the Court finds the Defendant **GUILTY** of Counts 1 and 2 of the

Indictment in the above-numbered cause and enters a **JUDGMENT OF GUILTY** against the Defendant as to Counts 1 and 2 of the Indictment.

**So ORDERED and SIGNED this 10th day of August, 2017.**

*[signature: Robert W Schroeder III]*
ROBERT W. SCHROEDER III
UNITED STATES DISTRICT JUDGE